| | |
|---|---|
| STERIL-AIRE USA, INC. ) | |
| ) | |
| VS. ) | CAUSE NO.  4:05cv156 |
| ) | |
| DUST FREE, LP and BURNETT ) | |
| ENVIRONMENTAL INDUSTRIES, LLC ) | |

# ORDER

    Came on for consideration, Plaintiff's and Defendants' Agreed Motion for Stay. After careful consideration of same, the Court hereby grants Plaintiff's and Defendants' Agreed Motion for Stay.

    IT IS THEREFORE ORDERED that the above-captioned matter is hereby stayed for thirty (30) days from the signing of this Order.  The parties are further directed to file dismissal papers by September 12, 2005.

    **SIGNED this 10th day of August, 2005.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE